

1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED
MAY 1 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:12-SW-209 KJN |
| 9550 RICHMOND WAY<br>LIVE OAK, CALIFORNIA 95953 | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: May 11, 2012

_____
DALE A. DROZD
United States Magistrate Judge

2